AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> *Plaintiff(s)* <br> v. <br> F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-1155 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F2F, LLC
c/o CT CORPORATION SYSTEM
120 South Central Avenue
Clayton MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN 46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana ▼

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> *Plaintiff(s)* <br> v. <br> F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al. <br><br> *Defendant(s)* | Civil Action No.  1:23-cv-1155 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  F2F2, LLC
c/o Spenserv-St. Louis, Inc.
1 N Brentwood Blvd., Suite 1200
St. Louis MO  63105-3934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN  46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana ▼

INDIANAPOLIS FRUIT COMPANY LLC.,

*Plaintiff(s)*

v.

F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al.

*Defendant(s)*

Civil Action No. 1:23-cv-1155

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F2F4, LLC
c/o Spenserv-St. Louis, Inc.
1 N Brentwood Blvd., Suite 1200
St. Louis MO 63105-3934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN 46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana ▼

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> *Plaintiff(s)* <br> v. <br> F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-1155 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F2F5, LLC
c/o Matthew S. McBride or Highest Officer Found
714 Locust Street
St. Louis, MO 63101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN 46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-1155 |
| F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F2F6, LLC
c/o Matthew S. McBride or Highest Officer Found
714 Locust Street
St. Louis, MO 63101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN 46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana ▼

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> *Plaintiff(s)* <br> v. <br> F2F, LLC t/a/ FIELDS FOODS a/at FIELDS FOODS - LAFAYETTE; et al. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-1155 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher G. Goodson
5855 Lindell Blvd.
St. Louis, MO 63112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Vander Luitgaren
VAN VALER LAW FIRM, LLP
225 S. Emerson Ave., Suite 181
Greenwood, IN 46143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*