IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> Plaintiff, <br><br> - against - <br><br> F2F, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – LAFAYETTE; <br> F2F2, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – WASHINGTON;. <br> F2F4, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – DOGTOWN; <br> F2F5, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – DeBALIVIERE; <br> F2F6, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – PAGE BLVD; <br> and CHRISTOPHER G. GOODSON, <br><br> Defendants. | Case No. 1:23-cv-1155 _____ <br><br> **MOTION FOR TEMPORARY RESTRAINING ORDER** |

  Upon the annexed Declarations of Daniel C. Corsaro, President of Plaintiff, Indianapolis Fruit Company, LLC ("Plaintiff") and Jim Rimmer, Credit Collections Manager, and Mary Jean Fassett, PACA counsel for Plaintiff, the exhibits annexed thereto, the Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction, and upon all other papers and proceedings heretofore had herein, Plaintiff, by and through undersigned counsel, hereby moves this Court for the following relief:

  1. Entry of a temporary restraining order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust established by Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. § 499e(c) ("PACA"), by restraining the transfer of any and all assets of the following Defendants,  F2F, LLC t/a Fields Foods a/t/a Fields Foods Lafayette

("Lafayette"); F2F2, LLC t/a Fields Foods a/t/a Fields Foods – Washington ("Washington"); F2F4, LLC t/a Fields Foods a/ta/ Fields Foods – Dogtown ("Dogtown"); F2F5, LLC t/a Fields Foods a/t/a Fields Foods – DeBaliviere ("DeBaliviere"); F2F6, LLC t/a Fields Foods a/t/a Fields Foods – Page Blvd ("Page"), up to the sum of $327,779.64, except for payment to Plaintiff, pending either payment to Plaintiff by bank check or wire transfer of the sum of $327,779.64, or a further hearing to be set within fourteen days of the issuance of the temporary restraining order.

2. Included in the temporary restraining order, Plaintiff respectfully requests that in the event Lafayette, Washington, Dogtown, DeBaliviere, and Page fail to pay to Plaintiff the PACA amount due within two business days of service of the temporary restraining order, defendants be required to account for the assets of Lafayette, Washington, Dogtown, DeBaliviere, and Page impressed with the trust pursuant to the provisions of PACA by filing with this Court, with a copy to Plaintiff's counsel, an accounting which identifies the assets and liabilities of Lafayette, Washington, Dogtown, DeBaliviere, and Page and their respective accounts receivable reports signed under penalty of perjury; and that defendants shall also supply to Plaintiff's counsel, within five days of the date of the order, any and all documents in their possession, custody or control related to the assets and liabilities of Lafayette, Washington, Dogtown, DeBaliviere, and Page, and their related and subsidiary companies, specifically, F2F3, LLC, F2F NMTC, LLC, and F2TF MM, LLC, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns and bank statements with cancelled checks for the last 120 days.

**WHEREFORE**, Plaintiff respectfully requests entry of a temporary restraining order in the

- 3 -

form submitted herewith, including an order that Lafayette, Washington, Dogtown, DeBaliviere, and Page should be required to account for their assets impressed with the trust imposed by PACA, along with such further relief as the Court may deem proper.

    Dated:  June 29, 2023.        Respectfully submitted,

                                        VAN VALER LAW FIRM, LLP

                                        /s/ Thomas W. Vander Luitgaren
                                        Thomas W. Vander Luitgaren, #20416-43
                                        225 S. Emerson Ave, Ste. 181
                                        Greenwood, IN 46143
                                        (317) 881-7575
                                        Tom@vanvalerlaw.com


                                        Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the Motion for Temporary Restraining Order, Temporary Restraining Order [Proposed], Motion for Preliminary Injunction, Preliminary Injunction Order [Proposed], Memorandum of Law in Support, Declaration of Daniel C. Corsaro, with exhibits, and Declaration of Jim Rimmer, with exhibits, was filed via the Court's CM/ECF system this 29th day of June, 2023, and copies served on the following via first-class mail, postage prepaid:

    F2F, LLC t/a Fields Foods a/t/a Fields Foods – Lafayette
    Serve: CT Corporation Systems, Reg. Agent
        120 S. Clayton Ave.
        Clayton, MO 63105

    F2F2, LLC t/a Fields Foods a/t/a Fields Foods – Washington
    Serve: Spenserv-St. Louis, Inc., Reg. Agent
        1 North Brentwood Blvd., Ste. 1200
        Saint Louis, MO 63105

    F2F4, LLC t/a Fields Foods a/t/a Fields Foods – Dogtown
    Serve: Spenserv-St. Louis, Inc., Reg. Agent
        1 North Brentwood Blvd., Ste. 1200
        Saint Louis, MO 63105

    F2F5, LLC t/a Fields Foods a/t/a Fields Foods – DeBaliviere
    Serve: Matthew S. McBride, Reg. Agent
        714 Locust Street
        Saint Louis, MO 63101

    F2F6, LLC t/a Fields Foods a/t/a Fields Foods – Page
    Serve: Matthew S. McBride, Reg. Agent
        714 Locust Street
        Saint Louis, MO 63101

    Christopher G. Goodson
    5855 Lindell Boulevard
    Saint Louis, MO 63112-1005

                                      /s/ Thomas W. Vander Luitgaren
                                      Thomas W. Vander Luitgaren