IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY LLC., <br><br> Plaintiff, <br><br> - against - <br><br> F2F, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – LAFAYETTE; <br> F2F2, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – WASHINGTON;. <br> F2F4, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – DOGTOWN; <br> F2F5, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – DeBALIVIERE; <br> F2F6, LLC t/a FIELDS FOODS a/t/a FIELDS FOODS – PAGE BLVD; <br> and CHRISTOPHER G. GOODSON, <br><br> Defendants. | Case No. 1:23-cv-1155 <br><br> **<u>DECLARATION OF MARY JEAN FASSETT IN SUPPORT OF MOTIONS FOR INJUNCTIVE RELIEF</u>** |

Mary Jean Fassett, pursuant to 28 U.S.C. §1746, declares and states under penalty of perjury as follows.

1. I represent Plaintiff, Indianapolis Fruit Company, LLC, in this proceeding and am fully familiar with the facts and circumstances set forth herein and have personal knowledge thereof. I submit this Declaration in support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

2. F2F3, LLC is a Missouri limited liability company with its principal office address at 1 N. Brentwood Blvd., Ste. 1200, St. Louis, Missouri 63105-3934. F2F3, LLC was organized by Defendant Christopher G. Goodson in August 2018. A true and correct copy of its

Articles of Organization are attached hereto as **Exhibit A**.

3. Upon information and belief, F2F3, LLC is a related or affiliated entity of Defendants F2F, LLC; F2F2, LLC; F2F4, LLC; F2F5, LLC, and F2F6, LLC.

4. F2F NMTC, LLC is a Missouri limited liability company with its principal office address at 1935 Park Avenue, St. Louis, Missouri 63104. F2F3, LLC was organized by Defendant Christopher G. Goodson in September 2012. A true and correct copy of its Articles of Organization are attached hereto as **Exhibit B**.

5. Upon information and belief, F2F NMTC, LLC is a related or affiliated entity of Defendants F2F, LLC; F2F2, LLC; F2F4, LLC; F2F5, LLC, F2F6, LLC, and F2F3, LLC.

6. F2FTF MM, LLC is a Missouri limited liability company with its principal office address at 120 S. Clayton Ave., St. Louis, Missouri 63105. F2TF MM, LLC was organized by Defendant Christopher G. Goodson in June 2011. A true and correct copy of its Articles of Organization are attached hereto as **Exhibit C**.

7. Upon information and belief, F2TF MM, LLC is a related or affiliated entity of Defendants F2F, LLC; F2F2, LLC; F2F4, LLC; F2F5, LLC, F2F6, LLC, F2F3, LLC, and F2F NMTC, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2023.

Respectfully submitted,

_____
Mary Jean Fassett, *Pro Hac Vice Pending*
McCARRON & DIESS
4530 Wisconsin Ave., NW, Ste. 301
Washington, D.C. 20016
(202) 364-0400
mjf@mccarronlaw.com

Co-Counsel for Plaintiff