**EXHIBIT "C"**



# State of Missouri
## Robin Carnahan, Secretary of State

File Number: 201117341280
LC1151025
Date Filed: 06/22/2011
Robin Carnahan
Secretary of State

# Articles of Organization

1. The name of the limited liability company is:

   **F2TF MM, LLC**

2. The purpose(s) for which the limited liability company is organized:

   **To transact any or all lawful business for which a limited liability company may be organized under and pursuant to the "Missouri Limited Liability Company Act."**

3. The name and address of the limited liability company's registered agent in Missouri is:

   **C T CORPORATION SYSTEM**          **120 South Central Ave, Clayton MO 63105**
   *Name*                                *Address*

4. The management of the limited liability company is:   [X] Manager   [ ] Member

5. The duration (period of existence) for this limited liability company is:

   **Perpetual**

6. The name(s) and street address(es) of each organizer:

   **Chris Goodson, 1935 Park Avenue, St. Louis MO 63104**

**In Affirmation thereof, the facts stated above are true and correct:**

(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

**Chris Goodson**
*(Organizer Name)*

# State of Missouri



Robin Carnahan
Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*F2TF MM, LLC*
*LC1151025*

filed its Articles of Organization with this office on the June 22, 2011, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the June 22, 2011, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this June 22, 2011.



Secretary of State